COMPLAINT UNDER 42 USC §1983. CIVIL RIGHTS ACT–TDCJ-ID (Rev. 7/97)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 3 2001

Michael N. Milby, Clerk

*Antonio Bejaran, Jr.*
*# 898233*

Plaintiff's name and ID Number

*Dominguez St. Jail*

Place of Confinement

v. *John Cruz*
*cameron Cnty sheriff dept.*
*954 E. Harrison St. Brownsville Tx.*
*98520*

Defendant's name and address

*John Doe Co/worker of John Cruz*

Defendant's name and address

*mw. Osha/head Nurse med. Dept*
*cameron Cnty 954 E. Harrison st.*
*Brownsville tx*
Defendant's name and address   *98520*
( DO NOT USE "ET AL.")

## H 01 - 1338

CASE NO. _____

(Clerk will assign the number)

## B-01-075 1

---

I.   **PREVIOUS LAWSUITS:**

A.   Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___YES  _✓_NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1.   Approximate date of filing lawsuit:_____

2.   Parties to previous lawsuit:
Plaintiff(s)_____
Defendant(s)_____

3.   Court (If federal, name the district; if state, name the county)_____

4.   Docket Number: _____

5.   Name of judge to whom case was assigned:_____

6.   Disposition:  (Was the case dismissed. appealed, still pending?)
_____

7.   Approximate date of disposition:_____

CutePDF - www.fenio.com

**II.   PLACE OF PRESENT CONFINEMENT:** *Dominguez St. Jail 6535 Cagnon rd San Antonio tx 78252*

**III.   EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ___YES ✓NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV.   PARTIES TO THIS SUIT:**

A.   Name and address of plaintiff: *Antonio Bejaran Jr. Dominguez St. Jail 6535 Cagnon rd. San Antonio, tx. 78252*

B.   Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: *John Cruz Sheriff dept. Cameron County Police officer 954 E. Harrison st. Brownsville, tx. 98520*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*Police Brutality (see attachment)*

Defendant #2 *Co worker of John Cruz Police officer*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*(See Attachment)*

Defendant #3: *Mrs. Osha Cameron County med. dept Nurse*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*of Sherriff dept. denial of medical treatment*

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant#5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

**V.   STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*Claim in detail (see Attachments) (6) pgs.*

ATC1983 (Rev.04/98)                              3

May 5, 1999 I was ordered to step outside of my house at 3639 Marshall Hutt's Rio Hondo, tx. 78583 by the Cameron County Sherriffs dept. then officer John Cruz ordered me to lay face down on the ground and, as I did what the officer ordered, I advised Mr. Cruz that "I was going to comply to his order of laying face down on the ground but! that I had an injured back and, for him not to jump on it." he ordered me the second time and I repeated the same "plea" to him. As I obeyed said order officer Cruz came down hard and fast on my back did then and, there intentionally, knowing and, recklessly caused extended bodily injury to my lower back-bone-fusion. There was another officer on my back which name I don't know. I was in a good manner doing, what I was ordered! it all started after they intentionally!, knowingly! inflicted this blinding pain and out of pain and reaction, I accidentally struck Mr. Cruz with my foot causing bodily injury "so they say! Aft this they handcuffed me, put me in a patrole Car then I accidentally broke the right side window then they took me out of that

1

CC:

care put me in the next unit hogged tide me and, kept me there over two hours. After this Mr. Cruz and (John Doe) drove me 35 or 40 miles to the Cameron County Jail when we arrived, then Mr. Cruz & John Doe in a very rough and, brutal way dragged me still hogged tied out of the patrole unit intentionally dropping me on the concrete, then two jailers Mr. Cruz & john Doe picked me up by this time, I could feel the skin ripping off my wrist and ankles, They then carried me into the jail-house, back to the dressing room which is a distance of one hundred feet or so! from the jail-house drive-way. After this they took the ankle and wrist cuffs off, by this time i'm bleeding from both wrist and ankles; At this time I was ordered to stand up, I begain crying because I couldn't move. my legs nor feet or feel them. At that point Mr. Cruz, john Doe and, the jailers were angry so they told me if I didn't get up they were going to kick the "sh." out of me! I tried to get up but, couldn't! so they stood by until I finally managed to slowly get up, I couldn't stand up because of the blinding pain. After this, they placed me in a one man holding cell til the next day in the eavening then I was placed in a one man cell at

the Cameron County jail infirmary under the Care of at that time head nurse, Mrs Osha before this event. I was already under the care of my bone-fusion operation Dr. Ruben Pachero 1005 E. Nolana McAllen, tx. 78504 and under Wankman's-Comp. After my free-world medication ran out, I requested to Mrs. Osha that, "all she had to do, is call Dr. Pachero for a priscription refill" and, she told me "she couldn't be doing that she had no time for a S.O.B. that would beat on Women." all she did was give me generic mild meds I complain every day and, every day I would see different jailers i'd ask for grievance formis and, each jailer would deny me. I was in the infirmary from May 6. 1999 til sometime in July. 1999; I was tooken to the nurses office and on top of the nurses desk, they took some X-rays on my lower back. About the last part of July on early part of August 1999, I filled out a request to see my X-rays but, Mrs. Osha denied me. she then had me moved to the 3rd flr. of Cameron County jail. In August 30, 1999 I was sentenced to a term of fifteen (15) yrs. in the T.D.C. institution. On or about September 1, 1999 & the 20TH I was appointed by Dr. Pachero to be brou-

ght to his office for a follow-up on my bone-fusion operation, a jailer was appointed to take me. Being present with my doctor he, took X-rays of my lower back and comfirmed that my bone-fusion was brcken, Then Dr. Pachero ordered a Cat-scan that had to be approved by the Workman's Comp's office of Harlingen, tx, around October 1, 1999 and 31st the workers compensation office denied my Cat-scan because, Mrs Osha told them I had been involved in a fight. On December 15,99 at 9:30 am. I confronted disciplinary officer Alex Garcia of the Cameron County jail, that I had been accused by Mrs. Osha of being involved in a fight and that I had written him a request, requesting in writting proof of me having any kind of infraction while incarcerated in the Cameron County jail but; he refused to meet with my plea! and prior written request. I made many attempts and countless request to see proof of such accusations even the former disciplinary officer who's name is Mr. Guajardo he to never responded to any of my request. In Dec. 15,99 at 10:00 a.m. or so, I was then transtered to T.D.C.J-I.D. same time in

CAsPDF - www.fastio.com

April 1, 2000 til May 31, 2000 I wrote disciplinary Alex Garcia requesting records for any infractions held against me and, again no response! I gave up! because I am indigent and, I don't have help from family nor friends. To this day I'm still in blinding pain T.D.C.J. doctors are refusing any more medication because, i'm infected with the hipititus virus. In October 1, or 31, 98 I was diognosed with the hepatitus virus by Dr. Filiberto Colon M.D. he then ordered the interferon treatment for six (6) months starting January 31 through. In May, 99 I was arrested by Cameron County sheriff dept. Around the middle of May, Mrs. Osha stated "that she couldn't find the injection needles that came with the treatment package" I then asked if she could just furnish me the one-hundred unit sirenges and with them I could take my dose like my doctor advised me in an orientation proceedure. I requested several times in writting and in writting verbal but: once & for all she threaten to put me in solitary if I continued &

cc: 5  stated "she didn't have time for a wom-

an beater." I attempted numerous times to obtain grievance form's from diffent jailer's (attempted!) I was refused; until around August 99, I wrote some agency in McAllen, tx. complaining of medical treatment and, the abuse. During all this time when this agency came to my aid, I first received a letter that I didn't got to read because; the Captain of the jail on first shift had me brought before him for questoning of what I was doing writting this agency; after this I was moved as a retaliation; The name of my Dr. for my hipatitis is, Filiberto Colon II M.D. 2121 Pease, Suit 3e Harlingen, tx. 78550

CutePDF - www.tavio.com

_____

_____

_____

_____

_____

_____

_____

_____

**VI.** **RELIEF:** *That all records of denial be produced Medical as well disciplinary offense report. Any and all such claims stated IN attachment To be reviewed by authority of Civil Judical Judge as to the proof of Probable Cause by such litigation as -*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases, or statutes. *well Criminal charges will be brought against said corpal a hearing to Assess damages*

_____

**VII.** **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

_____*None*_____

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

*# 295619*_____

**VIII.** **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES

___✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed? __YES ✓NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date warnings were imposed:_____

Executed on: _____
            DATE

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___10 th___ day of ___April___, 19 _2001_.
          (Day)                (month)              (year)

_____
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC1983 (Rev.04/98)                    5

Case 1:01-cv-00075   Document 1   Filed in TXSD on 04/23/2001   Page 11 of 23

# INSTRUCTIONS FOR COMPLETING A COMPLAINT UNDER 42 USC §1983,
## CIVIL RIGHTS ACT-TDCJ-ID
### PLEASE READ CAREFULLY

**NOTICE:**

*Your complaint is subject to dismissal unless it conforms to these instructions and this form.*

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, <u>DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.</u> ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate <u>Inmate Account Certificate</u> from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

ATC1983 (Rev. 04/98)

CVAPDF - www.fineviu.com

HABEAS (530)_____     CIVIL RIGHTS (550)____ ✓  CASE# _H-01-1338_

OTHER (540)___     CIVIL RIGHTS (555)____ ✓  DATE FILED_4-23-01_

PLAINTIFF/PETITIONER:   (TDC NO.)   DEFENDANT/RESPONDENT:

_Antonio Bejaran Jr_ # _898233_ v. _John Cruz, etal_

PREV. CASES: YES  NO      CR: _____  _____  _____

                         HC: _____  _____  _____

**SANCTION/3STRIKE**: _no_                    JUDGE _Hel_

REQUIREMENT NOT MET: _____ NSCC's camp _____

_____

PET/SIGNED ON: _NA_ POSTMARKED: _NA_ REC'D/SA/ENTRY _4/27/01_

                                              _AW_

                                         _4/27/01_

# INSTRUCTIONS FOR COMPLETING A COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID PLEASE READ CAREFULLY

## NOTICE:

**United States Courts**
**Southern District of Texas**
**FILED**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

APR 2 3 2001

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

Michael N. Milby, Clerk

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**ATC1983 (Rev. 04/98)**

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

Antonio Bejaran Jr.
#898293
**Plaintiff's name and ID Number**

Dominguez St. Jail
_____
**Place of Confinement**

United States Courts
Southern District of Texas
FILED

APR 2 3 2001

Michael N. Milby, Clerk

CASE NO. **H 01 - 1338**
(Clerk will assign the number)

v. John Cruz
Cameron County Sheriff dept.
954 E. Harrison St.
Brownsville, tx 98520
**Defendant's name and address**

John Doe Co/worker of John Cruz
(address same as above)
**Defendant's name and address**

Mrs. Osha/head Nurse med. dept
Cameron Cuty Shif. dept   954 E. Harrison St.
**Defendant's name and address**   Brownsville, tx.
**( DO NOT USE "ET AL.")**   98520

_____

## I.   PREVIOUS LAWSUITS:

A.   Have you filed *any* other lawsuits in state or federal court relating to your
imprisonment?   ___YES  ✓NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space  below.  (If there is more than
one lawsuit, describe the additional  lawsuits on another piece of paper, giving the same
information.)

1.   Approximate date of filing lawsuit:_____

2.   Parties to previous lawsuit:

Plaintiff(s)_____

Defendant(s)_____

3.   Court (If federal, name the district; if state, name the county)_____

4.   Docket Number: _____

5.   Name of judge to whom case was assigned:_____

6.   Disposition:  (Was the case dismissed, appealed, still pending?)
_____

7.   Approximate date of disposition:_____

ATC1983 (Rev.04/98)                    2

*Dominguez st Jail*
*6535 Cagnon, rd.*

**II.   PLACE OF PRESENT CONFINEMENT:** San Antonio, tx 78252

**III.   EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?   ___YES   _✓_NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV.   PARTIES TO THIS SUIT:**

A.   Name and address of plaintiff: Antonio BeJaran, Jr. Dominguez
St. Jail 6535 Cagnonrd. San Antonio, tx 78252

B.   Full name of each defendant, his official position, his place of
employment, and his full <u>mailing</u> address.

Defendant #1: John Cruz Sheriff dept. Cameron County Police off.
954 E. Harrison st. Braensville, tx. 98520

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Police Brutality (Please See Attachments:)

Defendant #2 John Doe CO/worker of John Cruz Police offic.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(Please See Attachments:)

Defendant #3: Mm OSha Sheriff dept Cameron County medder

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
denial of medical treatment (head Nurse)

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

Defendant#5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

**V.   STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it
happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You
need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if
necessary, but remember that the complaint must be stated briefly and concisely.  IF YOU
VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Please See Attachment: (6) pg's.

ATC1983 (Rev.04/98)                          3

May 5, 1999 I was ordered to step outside
of my house at 3639 Marshall Hutt's
Rio Hondo, tx. 78583 by the Cameron
County Sherriffs dept. then officer John
Cruz ordered me to lay face down on
the ground and, as I did what the offi-
cer ordered. I advised Mr. Cruz that
"I was going to comply to his order
of laying face down on the ground
but! that I had an injured back and, for
him not to jump on it!" he ordered me
the second time and I repeated the
same "plea" to him. As I obeyed said
order officer Cruz came down hard and
fast on my back did then and, there inte-
ntionally, Knowing and, recklessly caused
extended bodily injury to my lower back-
bone-fusion. There was another officer
on my back which name I don't Know. I
was in a good manner doing, what I was
ordered! it all started after they int-
entionally!, Knowingly! inflicted this blind-
ing pain and out of pain and reaction,
I accidentally struck Mr. Cruz with my
foot causing bodily injury "so they say! Aft
this they handcuffed me put me in a patrol
car then I accidentally broke the right si
de window then they took me out of that

1

care put me in the next unit hogged tide me and, kept me there over two hours. After this Mr. Cruz and (John Doe) drove me 35 or 40 miles to the Cameron County Jail when we arrived, then Mr. Cruz & John Doe in a very rough and, brutal way dragged me still hogged tied out of the patrole unit intentionally dropping me on the concrete, then two jailers Mr. Cruz & John Doe picked me up by this time, I could feel the skin ripping off my wrist and ankles, they then carried me into the jail-house, back to the dressing room which is a distance of one hundred feet or so, from the jail-house drive-way. After this they took the ankle and wrist cuffs off, by this time i'm bleeding from both wrist and ankles; At this time I was ordered to stand up, I begain crying because I couldn't move, my legs nor feet or feel them. At that point Mr. Cruz, john Doe and the jailers were angry so they told me "if I didn't get up they were going to kick the "sh." out of me". I tried to get up but, couldn't. so they stood by until I finally managed to slowly get up, I couldn't stand up because of the blinding pain. After this, they placed me in a one man holding cell til the next day in the eavening then I was placed in a one man cell of

the Cameron County jail infirmary under the Care of at that time head nurse, Mrs Osha before this event, I was already under the care of my bone-fusion operation Dr. Ruben Pachero 1005 E. Nolana McAllen, tx. 78504 and under Workman's-Comp. After my free-world medication ran out, I requested to Mrs. Osha that, "all she had to do, is Call Dr. Pachero for a prescription refill" and, she told me "she Couldn't be doing that she had no time for a S.O.B. that would beat on women!" all she did was give me generic mild meds I complain every day and, every day I would see different jailers i'd ask for grievance forms and, each jailer would deny me. I was in the infermary from May 6, 1999 til Sometime in July. 1999; I was tooken to the nurses office and on top of the nurses desk, they took Some X-rays on my lower back. About the last part of July or early part of August 1999. I filled out a request to see my X-rays but, Mrs. Osha Denied me. She then had me moved to the 3rdfl. of Cameron County jail. IN August 30, 1999 I Was Sentenced to a term of fifteen (15) yrs. in the T.D.C institution On or about September 1, 1999 & the 20th I was appointed by Dr. Pachero to be brou-

3

ght to his office for a follow-up on my bone-fusion operation. A jailer was appointed to take me. Being present with my doctor he, took X-rays of my lower back and confirmed that my bone-fusion was broken. Then Dr. Pachero ordered a Cat-scan that had to be approved by the Workman's Comp's office of Harlingen, tx. Around October 1, 1999 and 31st the Workers Compensation office denied my Cat-scan because, Mrs. Osha told them I had been involved in a fight. On December 15, 99 at 9:30 a.m. I confronted disciplinary officer Alex Garcia of the Cameron County Jail, that I had been accused by Mrs. Osha of being involved in a fight and that I had written him a request, requesting in writing proof of me having any kind of infraction while incarcerated in the Cameron County Jail but, he refused to meet with my plea! and prior written request. I made many attempts and countless request to see proof of such accusations even the former disciplinary officer who's name is Mr. Guajardo he to never responded to any of my request. In Dec. 15, 99 at 10:00 a.m. or so. I was then transtered to T.D.C.J.-I.D. Same time in

4

April 1, 2000 til May 31, 2000 I wrote disciplinary Alex Garcia requesting records for any infractions held against me and, again no response! I gave up! because I am indigent and, I don't have help from family nor friends. To this day I'm still in blinding pain T.D.C.J. doctors are refusing any more medication because, i'm infected with the hipititus virus. In October 1, or 31, 98 I was diognosed with the hepatitus virus by Dr. Filiberto Colon M.D. he then ordered the interferon treatment for six (6) months starting January 31 through. In May, 99 I was arrested by Cameron County sheriff dept. around the middle of May Mrs. Osha stated "that she couldn't find the injection needles that came with the treatment package" I then asked if she could just furnish me the one-hundred unit sirenges and with them I could take my dose like, my doctor advised me in an orientation proceedure. I requested several times in writting and in writting verbal but, once & for all she threaten to put me in solitary if I continued & stated "she didn't have time for a wom-

5

an beater!" I attempted numerous times to optain grievance forms from different jail (attempted.) I was refused; until around August 99, I wrote some agency in Mc Allen, tx. Complaining of medical treatment and the abuse. During all this time when this agency came to my aid, I first received a letter that I didn't get to read because!, the captain of the jail on first shift had me brought before him for questoning of what I was doing writting this agency; after this I was moved as a retaliation; The name of my Dr. for my hipatitis is Filiberto Colon II M.D. 2121 Pease, Suit 3e Harlingen, Tx. 78550

6

_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.   RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases
or statutes. *That all record of denial be produce medical as well*
*disiplinary offence report Any land all such Claims stated*
*in Attachment. To be reviewed by authority of civil*
*Judical Judge as to the proof of probable cause by which litigation*
*as well Criminal Charge will be braught against said*
*Carpet A hearing to assess damages*

**VII.   BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all
aliases:

_____ *None* _____

B. List all TDCJ-ID identification numbers you have ever been assigned  and all other state or
federal prison or FBI numbers ever assigned  to you, if known to you.

_____ *# 295619* _____

**VIII.   SANCTIONS:**

A. Have you been sanctioned by any court as a result of  any lawsuit you have filed?       _____ YES
   __✓_ NO

B. If your answer is "yes", give the following  information for every lawsuit in which
sanctions  were imposed. (If more than one, use another piece of paper and answer
the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division):  _____

   2.  Case Number: _____

   3.  Approximate date sanctions were imposed: _____

   4.  Have the sanctions been lifted or otherwise satisfied?  ___YES  ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ___YES  _✓_NO

D. If your answer is "yes", give the following  information for every lawsuit in which
warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

   1.  Court that imposed warning (if federal, give the district and division): _____

   2.  Case Number:_____

   3.  Approximate date warnings were imposed:_____

Executed on: _____
            DATE

                                   *Antonio Bejaran Jr*
                                       (Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

   1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

   2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

   3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

   4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

   5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 19 _____.
             (Day)                   (month)          (year)

                                       *Antonio Bejaran Jr*
                                     (Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**