IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby, Clerk

Antonio Bejaran Jr.
#898233
_____
Plaintiff's name and ID Number

Dominguez St. Jail
6535 Enrich rd. San Antonio tx 78252
_____
Place of Confinement

v. John Cruz
Cameron County Sherriffdept.
954 E. Harrison St.
Brownsville, tx 98520
_____
Defendant's name and address

H 01 - 1338

CASE NO. _____B-01-75_____
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ANTONIO BEJARAN, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☐ No☑
   f. Any other sources?                                Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐     No☑
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __14__ day of __April__, ~~19~~ 2001

__Antonio Bejaran Jr__ #898233
Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
DCSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          04/14/01
BX21/RCA2845               IN-FORMA-PAUPERIS DATA                    07:32:06
TDCJ#: 00898233 SID#: 01865976 LOCATION: DOMINGUEZ UNI   INDIGENT DTE: 03/12/01
NAME: BEJARAN,ANTONIO JR              BEGINNING PERIOD: 10/01/00
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.28 TOT HOLD AMT:        0.00 3MTH TOT DEP:      40.00
6MTH DEP:            90.00 6MTH AVG BAL:       10.42 6MTH AVG DEP:      15.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/01       33.43           0.00        12/00       12.08           0.00
02/01       40.00          40.00        11/00       44.93           0.00
01/01        0.03           0.00        10/00       50.00          50.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _BEXAR_
ON THIS THE _14_ DAY OF _APRIL_, _2001_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Robert Daniel Caffey_



ROBERT DANIEL CAFFEY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-16-2004