3

otranpr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 0 4 2001

Michael N. Milby, Clerk of Court

ANTONIO BEJARAN, JR., §
　§
　　　Plaintiff, §
　§
v. §  CIVIL ACTION H-01-1338
　§
JOHN CRUZ, et al., §  B-01-075
　§
　　　Defendants. §

### ORDER TO TRANSFER

Plaintiff, a state prisoner proceeding *pro se*, brings this action against county officials who reside in Cameron County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Cameron County Sheriff's Department, where he was confined and which is located in Brownsville, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Southern District of Texas, Brownsville Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed in forma pauperis (Instrument #2) is DENIED without prejudice to reconsideration after transfer.

The Clerk will provide copies to the parties.

SIGNED at Houston, Texas, on this __3__ day of ___May___, 2001.

_____
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST: 5/4/2001
MICHAEL N. MILBY, Clerk
By _C L Hoffman_
　　Deputy Clerk

3

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

(713) 250-5400

Date: May 4, 2001

TO: Clerk, U.S. District Court
Southern District of Texas, Brownsville Division
600 East Harrison Street
Brownsville, Texas   78520-7114

RE: Civil Action No. H-01-1338

<u>Antonio Bejaran, Jr.</u> vs. <u>John Cruz, et al.</u>

Dear Sir/Madam:

Enclosed is a certified copy of an order entered on May 4, 2001, transferring the above-captioned case to your district/division.

We are transmitting the entire original case file along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosure by executing the receipt below on the copy of this letter and return it to us in the enclosed envelope.

Sincerely,

MICHAEL N. MILBY, CLERK

By: _BLHoffmann_____
Deputy Clerk

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Received and filed under Civil Action No. _____ on _____.

Clerk, United States District Court

By: _____
Deputy Clerk

```
                                                      TRANSF PRIS
                                                      CLOSED
             U.S. District Court
         TXS - Southern District of Texas (Houston)

           CIVIL DOCKET FOR CASE #: 01-CV-1338
```

ejaran v. Cruz, et al                               Filed: 04/23/01
ssigned to: Judge David Hittner
emand: $0,000                              Nature of Suit: 555
ead Docket: None                           Jurisdiction: Federal Question
kt# in other court: None

ause: 42:1983 Prisoner Civil Rights

NTONIO BEJARAN, JR                  Antonio Jr Bejaran, Jr
     plaintiff                      [NTC]
                                    #898233
                                    Dominiquez
                                    6535 Cagnon Rd
                                    San Antonio, TX 78252

     v.

OHN CRUZ
     defendant

O WORKER OF JOHN CRUZ
     defendant

IRS OSHA, Cameron County
ledical Department Nurse
     defendant

TRUE COPY I CERTIFY
ATTEST: 5/4/2001
MICHAEL N. MILBY, Clerk

By _____
                Deputy Clerk

Docket as of May 4, 2001 5:47 pm                    Page 1

```
Proceedings Include All Events.                          TRANSF PRIS
4:01cv1338 Bejaran v. Cruz, et al                        CLOSED


4/23/01    1      Prisoner Civil Rights Complaint filed; (lf)
                  [Entry date 04/25/01]

4/23/01    2      MOTION to proceed in forma pauperis by Antonio Jr Bejaran
                  Jr Antonio Jr Bejaran Jr for plaintiff Antonio Jr Bejaran
                  Jr, Motion Docket Date 5/13/01 [2-1] motion , filed. (lf)
                  [Entry date 04/25/01]

5/3/01     3      Order to Transfer: prisoner case transferred to SD Texas,
                  Brownsville Division; denying without prejudice Pltf's
                  [2-1] motion to proceed in forma pauperis, entered. Parties
                  ntfd.( Signed by Judge David Hittner ) (bh)
                  [Entry date 05/04/01]

5/3/01     --     Intradistrict transfer to USDC SD Texas, Brownsville
                  Division: Entire case file (Instrument Numbers 1 and 2),
                  certified copy of docket sheet, and certified copy of Order
                  To Transfer (#3) mailed to Brownsville Division by
                  certified mail (#7000 1670 0004 3078 1400) (bh)
                  [Entry date 05/04/01]

5/3/01     --     Case closed (bh) [Entry date 05/04/01]
```

Docket as of May 4, 2001 5:47 pm                          Page 2