4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO BEJARAN, JR. | * |
| | * |
| VS | *   C.A. NO. B-01-075 |
| | * |
| JOHN CRUZ, ET AL | * |

### ORDER

On May 4, 2001, the above-captioned cause of action was transferred to the Brownsville Division from the Houston Division.

After reviewing the file and reconsidering the Application to Proceed in Forma Pauperis, the Court hereby **GRANTS** said Application. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Defendants are hereby ORDERED to respond to Plaintiff's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before **July 16, 2001.**

DONE at Brownsville, Texas, this 14th day of May 2001.

Felix Recio
United States Magistrate Judge