5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Entered
SEP 2 5 2001
Michael N. Milby, Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR. | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-075 |
| | * | |
| JOHN CRUZ, ET AL | * | |

## ORDER

On this the 21st day of September 2001 the Court, in accordance with its case management responsibilities, reviewed the pleadings and documents contained in this file. It appearing to the Court that the named defendants, "John Cruz, Mrs. Ochoa," and John Doe, a co-worker of John Cruz, have not been served because the named defendants are no longer employed by the Cameron County Sheriff's Department.

IT IS HEREBY ORDERED that Petitioner Bejaran serve the defendants on or before December 1, 2001. Failure to serve the named defendants will result in dismissal of this suit for lack of prosecution.

DONE at Brownsville, Texas, on 24th day of September 2001.

_____
Felix Recio
United States Magistrate Judge