In the United States District Court
For the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 10 2001

Michael N. Milby
Clerk of Court

Antonio Besaran Jr.,
    (Plaintiff)

vs.

John Cruz, et al
(Mrs Ochoa; Richard Otto Bursy)
    (Defendants)

    X
    X
    X
    X
    X
    X
    X

Case No. C.A. No. # B-01-075

Petition For Extension
Of Time    (For Service of Civil Rights Complaint)

To the Honorable Judge of said Court:

    Comes now Mr. Antonio Besaran Jr. #898283, hereafter referred to as the Plaintiff, in the above entitled and numbered cause, files this his request in this Petition For A Extension Of Time (For Service of Civil Rights Complaint), requesting for this Court to allow a extended period of 30 (days) in this cause, and in support of this Petition the Plaintiff would show this Court the following:

### I.

    On the 23rd day of April 2001, the Plaintiff filed a civil suit, an IMC Prisoner Civil Rights Complaint, under Title 42 U.S.C.A. section 1983, (a civil rights suit), in the United States District Court For the Southern District of Texas, Houston Division in Cause No. # H-01-13 against two Cameron County Sheriff Department Employees, that is Mr. John Cruz, (an officer) Mrs Ochoa, (an Cameron County Nurse), alleging violations of his prisoners civil rights.

### II.

    On the 4th day of May 2001, this civil suit and its cause, was ordered transferred to

Page (1)

United States District Court For the Southern District of Texas Brownsville Division, to the Honorable Magistrate Judge Felix Recio, for litigation and disposition, by the Honorable David Hitner of the United State District Court, Houston Division, and upon the transferring of this cause, the case number was changed to Case No. C.A. No. # B-01-075, and the parties involved (the Defendants are needed to be notified of such, and/or formally served again, but as the court has made to the Plaintiff that he was to serve the Defendants.

### III.

The Plaintiff contends and asserts, with much respect, that although the court documents records affirmatively reflects and indicates that the parties (the Defendants) has been notified Judge David Hitner's, Court Clerk, and the Plaintiff filed a petition requesting for service this court on the Defendant's (filed on or about December 2001), there stands a mandate by this court of Brownsville Division, stipulating that the Plaintiff comply and serve these parties of this Civil Rights Suit and its cause will be subjected to Dismissal, for lack of prosecution and the due date of compliance lays at December 1st, 2001, the order mandates.

### IV.

The Plaintiff requests, minority rate, for the permission of allowance for a 30 day period extension, for the mandated service to be fulfilled, thereby to afford him the very need time to comply with the order, time need for to locate and make contact with the Defendants, as to assure him an full and fair opportunity to have this civil suit to proceed, and to have this matter litigated for disposition for resolution, with all parties concerned served and notified, for the protection of their own personal interests, and to have their chance to represent their position in their cause.

"Wherefore, premises considered, the Plaintiff respectfully prays that this court, and its Honorable Judge, take upon due consideration all therein and the facts of the Plaintiff's inability to serve and contact the necessary parties, in

(2)

ABSENCE OF HIM POSSESSING THE RIGHT FORMAL ADDRESSES OF THEIR RESIDENTS, BY THE FACT OF THEIR PREVIOUS DISCHARGE FROM THE CAMERON COUNTY EMPLOYMENT, AND TO ORDER HIM A EXTENDED PERIOD OF A ONE TIME 30 DAY EXTENSION, TO COMPLY WITH THE MANDATES OF THIS CAUSE, IN SO GRANTING HIM A LITTLE RELIEF TO INSURE HIM THE OPPORTUNITY TO PROCEED IN HIS COMPLAINT OF THE VIOLATIONS OF HIS CONSTITUTIONAL PROTECTED CIVIL RIGHTS.

Respectfully Submitted
ANTONIO BEJARAN Jr #898233

"I MR. ANTONIO BEJARAN JR. #898233, BEING PRESENTLY INCARCERATED IN THE RUFE JORDAN UNIT, GRAY COUNTY, IN PAMPA, TEXAS, DECLARES UNDER THE PENALTY OF PERJURY THAT THE FOREGOING PETIT. FOR EXTENSION OF TIME (FOR SERVICE OF CIVIL RIGHTS COMPLAINT) AND ALL STATEMENTS THEREIN, AR TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE."

Executed on: _____          Antonio Bejaran Jr #898_

— Order —

ON THIS THE ____ DAY OF _____, _____, CAME BEFORE ME TO BE HEARD, THE PLAINTIFF'S PETITION FOR EXTENSION OF TIME (FOR SERVING OF CIVIL RIGHTS COMPLAINT) AND UPON DULY CONSIDERATION, IT IS OF THIS COURT'S OPINION, THAT THE FOREMENTION PETITION SHOULD BE RENDERED:

GRANTED: _____

DENIED: _____

_____
HONORABLE MAGISTRATE JUDGE PRESIDING

13