absence of him possessing the right formal addresses of their residents, by the fact of their previous discharge from the Cameron County Employment, and to Order him a extended period of a one time 30 day extension, to comply with the mandates of this cause, in so granting him a little relief to insure him the opportunity to proceed in his complaint of the violations of his constitutional protected Civil Rights."

Respectfully Submitted
Antonio Bejaran Jr #898233

"I, Mr. Antonio Bejaran Jr. #898233, being presently incarcerated in the Rufe Jordan Unit in Gray County, in Pampa, Texas, declares under the penalty of perjury that the foregoing Petition For Extension Of Time (For Service of Civil Rights Complaint) and all statements therein, are true and correct, to the best of my knowledge."

Executed on: _____

Antonio Bejaran Jr #898233

United States District Court
Southern District of Texas
ENTERED
DEC 17 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

— Order —
CAB-01-75

On this the 17th day of December, 2001, came before me to be heard, the Plaintiff's Petition For Extension Of Time (For Service of Civil Rights Complaint) and upon duly consideration, it is of this court's opinion, that the forementioned petition should be rendered:

Granted: Granted

Denied: _____

Honorable Magistrate Judge Presiding

(3)