In the United States District Court
For the Southern District of Texas
Houston Division

Antonio Bejaran, Jr.,
(Plaintiff)

vs.

John Cruz, et al
(Mrs. Ochoa; Richard Otto Bursy)
(Defendants)

Cause No. # H-01-1338

B-01-75

Petition For Court To Serve Defendants
In Civil Rights Action Suit
(IMCE Prisoner Civil Right Complaint)

To the Honorable Judge of said Court:

Comes now Mr. Antonio Bejaran Jr. #898233, hereafter referred to as the Plaintiff, in the above entitled and numbered cause, files this his request in a Petition For Court To Serve Defendants In Civil Rights Action Suit (IMCE Prisoner Civil Right Complaint) in accordance and pursuant to Title 42 U.S.C.A. section 1983, and in support of this request the Petitioner would show this court the following:

1.

On the 23rd day of April 2001, the Plaintiff filed a civil rights suit, an 1983 Civil Rights Complaint, (IMCE Prisoner Civil Right Complaint in Cause No. # H-01-1338), against the employees of the Cameron County Sheriff Department, Mr. John Cruz (an officer), Mrs. Ochoa (an medical department Nurse), and Richard Otto Bursy (as the head of the Cameron County Sheriff Department). All the formal papers filed in the Cameron County Commissioner Cy. Civil Legal Department 964 East Harrison Brownsville, Texas 78520, the only address known to the Plaintiff, acting as the residence address for the Defendants.

Page (1)

## II.

On the 4th day of May 2001, the above captioned cause and action was transferred to the Brownsville Division (the United States District Court Southern District of Texas, Brownsville Division), and the Plaintiff was granted to proceed in Forma Pauperis, and the Court ordered the Defendants to be notified and to answer and respond to the Plaintiff's Civil Rights Complaint, on or about May 14th, 2001. (But service must have failed)

## III.

The Plaintiff asserts and requests for this Court, and its Honorable Judge David Hitter, to have ordered and delivered, the service of complaint (the Court serving the Defendants the Title 42 U.S.C.A. Section 1983 Prisoner Civil Rights Suit), for compliance in record that the Defendants has been legally and proceedurally served in this Title Prisoner Civil Right Complaint in Cause No. # H-01-1338 (now docketed in Brownsville Court as C.A. No. # B-01-075 assigned to the United States Magistrate Judge Felix Recio), and that have a Deputy of the Court to officially serve the Defendants listed in this suit, for there is no other way or remedy available to the Plaintiff to serve the Defendants for compliance in the nature of this suit, due to the later discovered information relayed to him, that the parties in subjection to this suit has been terminated or relieve of duty, is now no longer employed of the Cameron County Sheriff Department, thereby a measure taken by the County to avoid disposition of this cause, for it is unknown to the Plaintiff, how and where to serve, contact or give notice, without knowing the addresses of the Defendants. There has been an Order for the Plaintiff to serve the Defendants for the complaint to proceed or it will be dismissed for lack of prosecution, no fault of his. (Ordered for compliance of December 2001 mandated)

"Wherefore, premises considered, the Plaintiff respectfully prays that this Court and its Honorable Judge, take under due consideration, all points presented therein, for the allowing him an full and fair opportunity to have litigation on the merits and issues in this cause, and afore him the right to file and

(2)

relieve legal litigation, a disposition on the prisoner civil rights complaint claims, and not deprive him action sought for the violations of guaranteed constitutional rights."

Respectfully Submitted
ANTONIO BEJARAN Jr #898233

"I Mr. Antonio Bejaran Jr. #898233, being presently incarcerated in the Rufe Jordan Unit in Gray County, in Pampa, Texas, do declare under the penalty of perjury, that the foregoing Petition For Court To Serve Defendants In Civil Right Action Suit (IMG Prisoner Civil Right Complaint) and all statements therein, are True and Correct to the best of my knowledge."

Executed on: _____        Antonio Bejaran Jr #898233

— Order —

On this ____ day of _____, ____, came before me to be heard, the Plaintiff's Petition For Court To Serve Defendants In Civil Right Action Suit (IMG Prisoner Civil Right Complaint), and upon duly consideration, it is of this court's opinion, that the foresaid petition shall be rendered:

Granted: _____

Denied: _____

_____
Honorable Judge Presiding

(3)