# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO BEJARAN, JR. | * |
| VS | *   C.A. NO. B-01-075 |
| JOHN CRUZ, ET AL | * |

## O R D E R

It is hereby ORDERED that the Plaintiff file with the court the addresses of each defendant named in this cause of action by February 28, 2002, in order to effectuate service of process. Failure to comply with this Order will result in a dismissal for want of prosecution.

DONE at Brownsville, Texas, this the 7th day of January 2002.

_____
Felix Recio
United States Magistrate Judge