**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED
APR 11 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR. | * | |
| VS | * | CIVIL ACTION B-01-075 |
| JOHN CRUZ, ET AL | * | |

## ORDER

The Court reviewed the 42 U.S.C. § 1983 suit filed by Petitioner Antonio Bejaran, Jr., together with all the documents contained therein. It is apparent that service of process has not been perfected and that this matter is at a standstill. Service has not been perfected because Petitioner is pro se and unable to proceed with this matter without intervention by this Court. In order to conduct its affairs in an orderly and proper manner and in order to see that the ends of justice are observed, this Court construes Petitioner's section 1983 cause of action as a claim against Cameron County and its employees in their official capacity.

It is therefore ORDERED that process be served on Cameron County.

It is further ORDERED that Cameron County shall file an answer within the prescribed time according to law.    SIGNED ON THE 10th DAY OF APRIL, 2002.

Felix Recio
United States Magistrate Judge