AO 440 (Rev.1/90) Summons in a Civil Action

CAB-01-75  (11)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 11, 2002 |
| NAME OF SERVER (PRINT) Robert Aguilar | TITLE Deputy U.S. Marshal |

United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Secretary Francis Domeneski

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 11, 2002
*Date*

*Signature of Server*

600 E. Harrison Rm 1032, Brownsville, Tx &8520
*Address of Server*

The summons was served on April 11, 2002 at 3:00 pm. The summons was served by one Deputy U.S. Marshal. THe roundtrip mileage for this summons was 2 miles. The summons was left at the judges office with his secretary. THe name of the secretary was Francis Domeneski. The secretary was also instructed to give this summons to Judge Gilberto Hinojosa as soon as she would see him.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.