AO 440 (Rev.1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 2, 2002 |

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert Aguilar | Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Federal Courthouse in Brownsville, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 2, 2002
           Date

Signature of Server: Robert Aguilar, DUSM

600 E. Harrison Rm 1032 Brownsville, Tx 78520
*Address of Server*

The summons was served on Juan Cruz on May 2, 2002 at 1:00 pm. The summons was served by one Deputy U.S. Marshal at the U.S. Federal Courthouse.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTONIO BEJARAN JR

v.

JUAN CRUZ ET AL

SUMMONS IN A CIVIL ACTION

CASE NUMBER: C A B 01-075

TO: (Name and Address of Defendant)

JUAN CRUZ
IN HIS OFFICIAL CAPACITY
c/o CAMERON COUNTY SHERIFF DEPT
7300 OLD ALICE ROAD
OLMITO TEXAS    78575

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ANTONIO BEJARAN JR
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON ROOM 101
BROWNSVILLE TEXAS    78520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N MILBY                                        APRIL 10 2002
CLERK                                                  DATE

BY DEPUTY CLERK    OLIVIA GUTIERREZ