# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO BEJARAN | * | |
| vs | * | CIVIL ACTION NO. B-01-075 |
| JOHN CRUZ, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

**June 11, 2002, @ 2:00 P.M.**
(The Defendants' counsel shall initiate the call.)

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:  UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

BY ORDER OF THE COURT

May 13, 2002

cc:   Counsel of Record