United States District Court
Southern District of Texas
FILED

MAY 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BEJARAN | ) | |
| VS. | ) | |
| | ) | CASE NO. B-01-075 |
| JOHN CRUZ, JOHN DOE/WORKER OF JOHN CRUZ, MRS. OSHA/HEAD NURSE MEDICAL DEPARTMENT CAMERON COUNTY | ) | A JURY IS DEMANDED |

## DEFENDANT CRUZ'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant **JOHN CRUZ**, in his individual capacity, and and file his Original Answer and respectfully show the Court as follows:

I.

A. Defendant Cruz cannot admit or deny ¶ I of the Original Complaint because he is without sufficient information to admit or deny ¶ I.

B. Defendant Cruz cannot admit or deny ¶ II of the Original Complaint because he is without sufficient information to admit or deny ¶ II.

C. Defendant Cruz cannot admit or deny ¶ III of the Original Complaint because he is without sufficient information to admit or deny ¶ III.

D. Defendant Cruz deny ¶ IV of the Original Complaint. There is no "Osha nurse"; this is an apparent misnomer and perhaps Plaintiff means Mrs. Ochoa, who was an infirmary nurse.

E. Defendant Cruz has difficulty in admitting or denying ¶ V of the Original Complaint because ¶ V is six (6) pages long and contains numerous confusing and vague statements. Defendant Cruz admits that so much of ¶ V as alleges that:

1. Plaintiff was arrested on or about May 5, 1999;
2. Plaintiff struck Defendant Cruz;
3. Plaintiff was incarcerated for some period of time at the Cameron County jail; and,
4. Plaintiff was convicted in August 1999 and incarcerated thereafter at T.D.C.

Defendant Cruz denies the remaining allegations in ¶ V.

F. Defendant Cruz denies ¶ VI of the Original Complaint.

G. Defendant Cruz cannot admit or deny ¶ VII of the Original Complaint because he is without sufficient information to admit or deny ¶ VII.

H. Defendant Cruz cannot admit or deny ¶ VIII of the Original Complaint because he is without sufficient information to admit or deny ¶ VIII.

II.

Plaintiff's Complaint fails to state claim upon which relief may be granted against any Defendant.

III.

Plaintiff's criminal convictions and workers compensation adjudication precludes Plaintiff from contesting the issues decided by his conviction and any decision of the Texas

Workers Compensation Commission under the doctrines of claim and issue preclusion (*res judicata*/collateral estoppel).

IV.

Plaintiff's alleged injuries were caused, in whole or part, by pre-existing conditions or prior injuries.

V.

The alleged injuries where proximately caused, in or in part, by Plaintiff's own wrongful acts or negligence. His recovery is barred or reduced. TEX. CIV. PRAC. & REM. CODE, CHAPS. 32 and 33.

VI.

Any state law claim against Defendant Cruz is barred under the Texas Tort Claims Act ( TEX. CIV. PRAC. & REM. CODE, § 101.001, et seq.) because he has sued Cameron County and any disposition of the claim against Defendant County bars recovery against him. TEX. CIV. PRAC. & REM. CODE, § 101.106.

VII.

The state and federal claims are barred by the doctrines of official and/or qualified immunity.

VIII.

On the Defendant Cruz had probable cause to arrest Plaintiff. During the course of investigating the offense and arresting Plaintiff, Plaintiff resisted arrest and attacked the arresting officers. Defendant Cruz had a qualified privilege to use force to make the arrest, to defend himself, and to defend the other officers involved.

IX.

Plaintiff's claims if any are barred by the applicable statute of limitations.

X.

Defendant Cruz's personal liability, if any, is limited by TEX. CIV. PRAC. & REM. CODE, § 108.002.

WHEREFORE, PREMISES CONSIDERED, Defendant Cruz prays that upon final hearing hereof that Plaintiff not recover as prayed for in Plaintiff's complaint, and for such other and further relief, at law or in equity, as he may show himself justly entitled to receive.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____
CRAIG H. VITTITOE
State Bar No. 20593900
Fed. I.D. No. 18756
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

ATTORNEYS FOR Defendant Cruz

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 22 day of May, 2002.

**VIA CM/RRR NO. 7001 2510 0004 2061 5055**

Mr. Antonio Bejaran, Jr.
Prisoner No. 898233
Dominguez State Jail
6535 Cagnon Road
San Antonio, TX 78252

_____
Craig H. Wittloe