IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO BEJARAN | { | |
| | { | CIVIL ACTION NO. B-01-075 |
| V. | { | |
| | { | |
| JOHN CRUZ, ET AL. | { | |

## DEFENDANT CRUZ'S MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant JOHN CRUZ Individually, and files **DEFENDANT CRUZ'S MOTION TO STAY DISCOVERY** and would show the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendant Cruz cannot confer with Plaintiff because he is *pro se* and incarcerated. It is presumed he will oppose the motion.

### II.

Defendant Cruz filed a Motion to Dismiss Based on Qualified Immunity. That motion has not been resolved.

Until his motion to dismiss the complaint based on qualified immunity under FRCP 12(b)(6) are finally resolved, Defendant Cruz is entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995).

III.

Therefore, Defendant Cruz requests that all discovery be stayed in this case and that none of the DefendantS need make their Rule 26 disclosures until their motions are finally resolved.

WHEREFORE, PREMISES CONSIDERED, Defendant Cruz prays the above motion be set for hearing, upon hearing same, the Court stay discovery, including mandatory disclosures under Rule 26, until such time as the Court rules on the merits of his Motion to Dismiss Under Rule 12(b)(6) Based on Qualified Immunity, as supplemented or amended.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

By: _____
CRAIG H. VITTITOE
State Bar No. 20593900
Federal ID No. 18756
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

Attorneys for Defendants, JOHN CRUZ, et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 22 day of May, 2002, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, ANTONIO BEJARAN:

Mr. Antonio Bejaran, Jr.  **CMRRR No. 7001 2510 0004 2061 5055**
Prisoner # 898233
Dominguez St. Jail
6535 Cagnon Road
San Antonio, TX 78252

_____
CRAIG H. VITTITOE