18

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BEJARAN | { | CIVIL ACTION NO. B-01-075 |
| V. | { | |
| | { | |
| JOHN CRUZ, ET AL. | { | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following documents were forwarded on this the __23rd__ day of May, 2002:

1. Cover letter to the United States District Clerk;
2. Defendants' Original Answer;
3. Cover Letter to the United States District Clerk;
4. Defendant Cruz' Original Answer;
5. Defendant Cruz' Motion to Stay Discovery;
6. Defendant Cruz' Motion to Dismiss Amended Complaint Under FRCP 12(b)96) Based on Qualified Immunity; and
7. Order Granting Defendant Cruz' Motion to Dismiss Amended Complaint Under FRCP 12(b)96) Based on Qualified Immunity,

to the following counsel of record and interested parties:

Plaintiff, ANTONIO BEJARAN, Pro Se:

Mr. Antonio Bejaran, Jr.　　　　　**CMRRR No. 7001 2510 0004 2061 5024**
Prisoner # 898233
R. H. Jordan Unit
1992 Hilton Road
Pampa, Texas 79065

ROGER W. HUGHES