To: Clerk of Court
From: Mr. Antonio Beltran Jr.
Subject: Matter for Service to Respondent
Cause No.: Case No. B-01-075

075  19

B-01-~~083~~

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

"Motion for Court to Serve Respondent"

26 February 2002

Good day,

On the 11th day of January 2002, I filed a petition for this Court to make service of complaint in the (Prisoner Civil Rights Suit Case No. B-01-075) to the Respondent's in this complaint, Mr. John Crux an officer, and Mrs. Osha, a nurse of the Cameron County Sheriff Department, in which is represented by Mr. Richard Otto Bursy, Attorney for the Cameron County Sheriff Department, the last known address to contact: Cameron County Commissioner Civil Legal Department, 964 East Harrison Brownsville, Texas 78520 Phone: (956-550-1345) Fax: (550-1348), this was the previous address to contact the Respondent's, but as of now, the said individuals have been relieved of their duties (fired and no longer employed by the Cameron County, thereby releasing the County liable so the County Attorney does not represent their cause!!), leaving me and the Court with no address to forward and serve the new occurrences in this case.

I summons the duties of the Clerk, the responsibility of the Clerk to keep record and maintain all records of cases and to forward necessary papers to all parties involved, the addresses of the Respondent's, in accordance and pursuant to and with Rule 4 Issuance (Form of Citation), Rule 4(B)(8)

I bring to the immediate attention to the Clerk, and this Court, that there has been an Order for the addresses of the Respondents to be produced and forward

19

to the Court, and a specific time span has been provided, that of 30 days, time limit, which has almost elapsed entirely, and I have summoned this Court in the foresaid petition to service the Respondents, and the laws and rules of procedures mandates and demands the Court of this responsibility, and not I, therefore I again request compliance in this matter!

Please inform me of the present status as to where such petition stand, whether compliance has been met and provided, or has there been no ruling or entertainment on the petition whatsoever, but in any event, please bring to the Court's attention of all therein, and that the time-lapse will expire by the end of February 2002, so service of the Civil Suit need to be served to the Respondents, and their present addresses need to be made available (forwarded) to the Court (Honorable Magistrate Judge Felix Recio 2066 Federal Bldg 600 E. Harrison St Brownsville, Texas 78520-7114

(See: Rule 99 mandates the Court's service of citation)

Please needing your assistance

Sincerely,
Antonio Bejarano Jr

* P.S. Notify me of any information of this cause

(c.c.)
CARBON COPIED