## CHAMBERS MINUTES

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division



United States District Court
Southern District of Texas
FILED

JUN 11 2002

Michael N. Milby
Clerk of Court

Law Clerk:

Date:       June 11, 2:00 pm

---

### C.A. NO. B-01-075 (HGT)
---

| | | |
|---|---|---|
| ANTONIO BEJARAN | * | Pro se |
| vs | * | |
| JOHN CRUZ | * | Craig H Vittitoe & Roger W Hughes |
| JOHN DOE, WORKER OF JOHN CRUZ | * | |
| MRS. OSHA, HEAD NURSE | * | Craig H Vittitoe & Roger W Hughes |
| MEDICAL DEPARTMENT CAMERON COUNTY | * | " |

---

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with Plaintiff BEJARAN and attorney Vittitoe.

The Defendant moved to stay discovery pending the decision on the Motion to Dismiss. The Court agreed. The Plaintiff will file an answer to the Motion to Dismiss.

The Court will mail a 636(c) form to the parties. The Court will wait on the 636(c) form and then will consider the Motion to Dismiss.

Plaintiff's address is:   Antonio Bejaran
                          #898233
                          1992 Hilton Road
                          Tampa, TX 79065