21

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

IN THE U.S. DISTRICT COURT
FOR THE SOUTHE DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTONIO BEJARAN
V.

JOHN CRUZ, ET AL.

CIVIL ACTION NO. B-01-075

JUNE 24, 2002

PLAINTIFF BEJARAN MOTION REQUESTING
TO DENY DEFENDANTS TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF ANTONIO BEJARAN'S PRO-SE, AND FILES THIS MOTION REQUESTING THIS HONORABLE COURT TO DENY DEFENDANTS CRUZ MOTION TO STAY DISCOVERY AND WOULD SHOW THE COURT AS FOLLOWS.

I.

CERTIFICATE OF CONFERENCE

JUST BECAUSE PLAINTIFF IS INCARCERATED IN T.D.C. AND IS FILING PRO-SE THIS DOES NOT STOP PLAINTIFF FROM CONFERING WITH DEFENDANT'S COUNSEL.

II.

DEFENDANT CRUZ IS NOT BEING SUED INDIVIDUALLY BUT IS BEING SUED WITH CAMERON COUNTY SHERIFF DEPT. HE HAS OBTAINED COUNSEL.

## III.

Pursuant to 42 U.S.C.A. § 1983 Civil Right law suit/claim Defendant Cruz is not entitled to qualified immunity that motion has not been resolved.

Until Plaintiff's response requesting this Honorable Court to deny Defendant's Cruz's motion to dismiss complaint based on qualified immunity, under F.R.C.P. 12.(B)(6) are finely resolved. Defendant Cruz is not entitled to have discovery stay and also is not entitled for qualified immunity pursuant to U.S. 42 § 1983, see also La Londe v. County of Riverside 204 F3D 947 (9th Circuit.)

## IV.

Therefore, Plaintiff Bejaran requests that all discovery to be presented in this case and that the Defendant need to make their Rule 26 disclosures present.

Wherefore, premises conidered, Plaintiff Bejaran that the above motion be set for hearing, upon hearing same, the court stay discovery, including mandatory disclosures under Rule 26, until such time as the court rules on the merits of his motion to dismiss under Rule 12(B)(6) based on qualified immunity, as supplemented or amended,

Respectfully submitted,

*Antonio Bejaran*
Antonio Bejaran Pro-se
T.D.C No. 898233
Jordan Unit
1992 Hilton Road
Pampa, Texas 79065

OC. - U.S D.C.
CC. J.C. Att.
CC. A. B.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING DOCUMENT WAS FORWARDED ON THIS THE 24 DAY OF JUNE, 2002 to THE FOLLOWING COUNSEL OF RECORD AND INTERESTED PARTIES:

ATTORNEYS FOR DEFENDANT, JOHN CRUZ:

Mr. ROGER W. HUGHES
ADAMS & GRAHAM, L.L.P.
P.O. DRAWER 1429
HARLINGEN, TX 78551-1429

*Antonio Bejaran*
ANTONIO BEJARAN PRO-SE