

United States District Court
Southern District of Texas
FILED

JUL 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BEJARAN | { | |
| | { | CIVIL ACTION NO. B-01-075 |
| V. | { | |
| | { | |
| JOHN CRUZ, ET AL. | { | |

**INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant John Cruz and files his **INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) RELY IN SUPPORT OF MOTION TO STAY DISCOVERY** and would show the Court as follows:

I.

Plaintiff's "Motion" [Docket No. 21] is in reality a reply to Defendant Cruz's Motion to Dismiss under FRCP 12(b)(6) [Docket No. 17] and Motion to Stay Discovery [Docket No. 16].

II. Stay of Discovery

Plaintiff Bejaran offers no reason why he needs discovery in order to determine whether he can plead specific facts to defeat qualified immunity for Dep. Cruz. Under the circumstances, it is hard to understand why he would need discovery; he was obviously present at the time of the alleged

ADAMS & GRAHM, L.L.P.
INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) RELY IN SUPPORT OF MOTION TO STAY DISCOVERY
[18-fmg] C:\Files\C1213\Motions\3Reply2Rsp                                                          Page 1 of 4

unconstitutional actions. Therefore, he does not need the discovery to inform him what facts he can plead.

Therefore, the Court should stay discovery until the Court determines whether Bejaran has plead a basis to defeat qualified immunity.

### III. Dismissal Based on Qualified Immunity

Bejaran does not identify what facts he has alleged that show Defendant Cruz violated any Fourth Amendment right to be free of excessive force during arrest or that any such law was clearly established at the time of the arrest. Instead, he simply cites *LaLonde v. County of Riverside*, 204 F3d 947 (9th Cir. 2000). Unless Bejaran wishes to plead new or different facts, *LaLonde* is clearly distinguishable on his facts.

There, the officers received summary judgment on the issue of qualified immunity, and the remaining defendants were dismissed at trial on a motion for judgment as a matter of law. 204 F3d at 953. The factual distinctions are fairly clear. First, the charges in which the officers investigated and arrest LaLonde were eventually dismissed by the prosecutor. 204 F3d at 953, n.9. Here, Bejaran plead guilty to the brutal assault on his wife, the offense the officers came to investigate.

Second, La Londe claimed that he did not attempt to evade arrest and that he offered no resistence. 204 F3d at 951-52. Here, Plaintiff admits that he plead guilty to assaulting officer Cruz and admits that, even after, he broke out the windows of a police car.

Third, most of LaLonde's alleged injuries resulted because the officers failed to follow police procedure about first aid required after using pepper spray on LaLonde. 204 F3d at 952. Clearly, that is not the case alleged here.

ADAMS & GRAHM, L.L.P.
INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) RELY IN SUPPORT OF MOTION TO STAY DISCOVERY
[18-fmg] C:\Files\C1213\Motions\3Reply2Rsp                                                                        Page 2 of 4

Simply alleging that handcuffs were applied too tightly is not sufficient of itself to avoid qualified immunity. *Glen v. City of Tyler*, 242 F3d 307, 314 (5th Cir. 2001). Likewise, simply alleging officer Cruz put his knee in Defendant's back while trying to subdue and handcuff him is not sufficient. *See, e.g. Wagner v. Bay City, Texas*, 227 F3d 316, 323-324 (5th Cir. 2000). The point is that Plaintiff's current allegations do not defeat qualified immunity.

Moreover, Plaintiff does not confront his central problem that, having admitted he plead guilty, is conviction bars him from asserting that deputy Cruz used excessive force. *Texas Department of Public Safety v. Petta*, 44 S.W.3d 575, 579-80 (Tex. 2001). Texas courts and this Court have denied his attempts to vacate a conviction through a writ of habeas corpus. See *Bejaran v. Cockrell*, Case No. B-01-83.

WHEREFORE, PREMISES, CONSIDERED, Defendant prays that Plaintiff's Motion be Denied, that his Motion to Stay be Granted, and that the Court eventually dismiss claims against Defendant John Cruz, Individually.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

By: _____
ROGER W. HUGHES
Federal ID No. 5950
Texas State Bar No. 10229500
CRAIG VITTITOE
Federal ID No. 18756
Texas State Bar No. 20593900
Attorney-in-Charge for Defendant CRUZ

ADAMS & GRAHM, L.L.P.
INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) RELY IN SUPPORT OF MOTION TO STAY DISCOVERY
[18-fmg] C:\Files\C1213\Motions\3Reply2Rsp                                                                 Page 3 of 4

Page 4 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 8th day of July, 2002, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, ANTONIO BEJARAN:

| | |
|---|---|
| Mr. Antonio Bejaran, Jr.<br>Prisoner # 898233<br>Dominguez St. Jail<br>6535 Cagnon Road<br>San Antonio, TX 78252 | **CMRRR No. 7001 2510 0004 2061 2726** |

_____
ROGER W. HUGHES

ADAMS & GRAHM, L.L.P.
INDIVIDUAL DEFENDANT CRUZ'S (1) RESPONSE TO PLAINTIFF'S MOTION TO DENY QUALIFIED IMMUNITY and (2) REPLY IN SUPPORT OF MOTION TO DISMISS and (3) RELY IN SUPPORT OF MOTION TO STAY DISCOVERY
[18-fmg] C:\Files\C1213\Motions\3Reply2Rsp                                                                              Page 4 of 4