**UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS**

ANTONIO BEJARAN                     *

VS                                  *   C.A. NO. B-01-075

JOHN CRUZ, ET AL                    *

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JUL 2 6 2002*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Antonio Bejaran* / Antonio Bejaran | Antonio Bejaran Pro-se | 6-21-02 |
| | | |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

7-26-02
Date

_____
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.