27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2002

Michael N. Milby
Clerk of Court

ANTONIO BEJARAN
　　　PLAINTIFF

V.

John Cruz, CAMERON County
Sheriff DEPuty. John Doe
Co-Worker of John Cruz And
Mrs. Oshoa Cameron County
MEDICAL DEPARTMENT NURSE
　　　RESPONDENT.

CIVIL ACTION Nº B-01-075
UNDER 28 U.S CA § 636 (C) 4
CIV. R 73 (d)

NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT

　NOTICE IS HEREBY GIVEN that ANTONIO BEJARAN Jr. plaintiff
in the above name case. Hereby appeals to the United States
District Judge of the Southern District of Texas, Brownsville
Division. from the order to dismiss claim § 1983. Magistrate Judge
entered in Cause NO.-B-01-075 on the 2 Day of September 2002
2002. Pursuant 28 U.S.CA § 636 (C) 4 Civ. R. 73 (D)

_Antonio Bejaran Jr_
ANTONIO BEJARAN