UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JOHN CRUZ, CAMERON COUNTY | § | CIVIL ACTION NO. B-01-075 |
| POLICE OFFICER, JOHN DOE, | § | |
| CO-WORKER OF JOHN CRUZ, AND MRS. | § | |
| OSHA, CAMERON COUNTY MEDICAL | § | |
| DEPARTMENT NURSE | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Bejaran's Motion to Change Venue to Houston Division (Doc. # 29). Plaintiff has filed a notice of appeal, and this Court no longer retains jurisdiction to rule on the Plaintiff's motions. The United States District Clerk's Office is hereby ORDERED to send all pending motions to the Fifth Circuit Court of Appeals, where Plaintiff's case is currently pending.

DONE at Brownsville, Texas, this 23rd day of September, 2002.

Felix Recio
United States Magistrate Judge