IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Brownsville</u> DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26 2002

Michael N. Milby
Clerk of Court

<u>Antonio Bejaran Jr #848233</u>
Plaintiff's name and ID Number

<u>Ruff Jordan Unit</u>
Place of Confinement

CASE NO. <u>CV B-01-075</u>
(Clerk will assign the number)

v.

<u>John Cruz, ET AL.</u>
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>Antonio Bejaran Jr.</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                  Yes☐ No☑
   c. Pensions, annuities or life insurance payments?        Yes☐ No☑
   d. Gifts or inheritances?                                 Yes☐ No☑
   e. Family or friends?                                     Yes☐ No☐
   f. Any other sources?                                     Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   <u>I recieved from my daughters and friends about $25.00 every 3 to 4 months</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐          No☐
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐   No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _____, 19___.

_____
Signature of Plaintiff            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

revised 6/97

AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, _Antonio Bejaran Jr._, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed?  Yes ___  No _✓_
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received. _Self employed Commercial fishing $800. a last salary I recieved was in May 1999._

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? Yes ___ No _✓_

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3. Do you own any cash or have a checking or savings account? Yes ___ No _✓_

   a. If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) Yes ___ No _✓_

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons. _Wife Sandra Bejaran son Mark, and Erika Bejaran. doughter_

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: _____, 20___.

_Antonio Bejaran Jr._
(Signature)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE       09/20/02
JN32/MSI7469              IN-FORMA-PAUPERIS DATA                 19:23:28
TDCJ#: 00898233 SID#: 01865976 LOCATION: JORDAN        INDIGENT DTE: 00/00/00
NAME: BEJARAN, ANTONIO JR                  BEGINNING PERIOD: 03/01/02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        9.57 TOT HOLD AMT:         0.00 3MTH TOT DEP:    200.00
6MTH DEP:         301.02 6MTH AVG BAL:        30.20 6MTH AVG DEP:     50.17
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/02     104.15              0.00       05/02        1.02              1.02
07/02     122.83            180.00       04/02       51.69              0.00
06/02      20.00             20.00       03/02      100.00            100.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Gray_
ON THIS THE _20_ DAY OF _September, 02_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Melonie Simmons_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



MELONIA SIMMONS
Notary Public, State of Texas
My Commission Expires 06-24-2006