UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-075 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

The Petitioner's Application to Proceed in Forma Pauperis (Doc. # 31) is hereby **GRANTED**. Let the Applicant proceed on appeal without the pre-payment of cost of fees or the necessity of giving security therefor.

This United States District Clerk's office is hereby ordered to close this case.

DONE at Brownsville, Texas, this __21st__ day of October, 2002.

Felix Recio
United States Magistrate Judge