34

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** SOUTHERN **DIVISION OF TEXAS**
HOUSTON **DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

ANTONIO BEJARAN JR.# 898233
Plaintiff's name and ID Number

RUFE JORDAN UNIT PAMPA, TEXAS 79065
Place of Confinement

CASE NO. B-01-075
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

CAMERON COUNTY SHERIFFS DEPT.934 E.Harrison
Defendant's name and address    Brownsville,Tx78520

I, ANTONIO BEJARAN JR, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

|   |   | Yes | No |
|---|---|-----|-----|
| a. | Business, profession or from self-employment? | ☐ | ☒ |
| b. | Rent payments, interest or dividends? | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☒ |
| d. | Gifts or inheritances? | ☐ | ☒ |
| e. | Family or friends? | ☒ | ☐ |
| f. | Any other sources? | ☐ | ☒ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

In the past 12 months,I have recieve 220 dallaws from family and friends.

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐        No ☒

If you answered **YES** to any of the questions above, state the total value of the items owned.

1                                    ATCIFP - FRONT (REV. 3/01)

3.    **Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?**

Yes ☐          No ☒

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____13_____ day of ____MARCH_____, 20 _03_ .

_____Antonio Bejaran jr____ # 898233 _____
Signature of Plaintiff                    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2

ATCIFP - BACK (REV. 3/01)

```
CSINIBOE/CINIBOE     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          03/13/03
JN3E/MS17469         IN-FORMA-PAUPERIS DATA                         18:41:58
TDCJ#: 00898233 SID#: 01865976 LOCATION: JORDAN       INDIGENT DTE: 01/22/
NAME: BEJARAN,ANTONIO JR               BEGINNING PERIOD: 09/01/02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        80.
6MTH DEP:           130.43 6MTH AVG BAL:        5.17 6MTH AVG DEP:        21.
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/03        1.80          0.00           11/02       0.00           0.00
01/03       47.77         40.00           10/02       0.00           0.00
12/02       40.00         40.00           09/02      30.00          30.43
PROCESS DATE    HOLD AMOUNT      HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Gray_
ON THIS THE _13_ DAY OF _March_, _23_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



MELONIA SIMMONS
Notary Public, State of Texas
My Commission Expires 06-24-2006