35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-075 |
| | § | |
| JOHN CRUZ, ET AL | § | |
| Defendant. | § | |

## ORDER

Before the Court is Petitioner Bejaran's Motion to Proceed in Forma Pauperis on appeal (Doc. # 34) in the above styled cause of action. In order for Petitioner Bejaran to proceed on appeal, he must conform with the Prison Litigation Reform Act. Unlike the former concept of pauper status, an individual or prisoner granted pauper status before the district court is not automatically entitled to pauper status on appeal. See Jackson v. Stinnett, 102 F.3d 132, 134-36 (5th Cir. 1996) (noting that Prison Litigation Reform Act has superseded parts of Fed. R. App. P. 24(a)). The statute requires that a prisoner seeking pauper status on appeal file an affidavit of indigency and a certified copy of the prison trust account statement. 28 U.S.C. §§ 1915(a)(2), 1915(b)(1). Petitioner Bejaran has complied with the Prison Litigation Reform Act, and his Motion to Proceed in Forma Pauperis on appeal (Doc. # 34) is hereby GRANTED. Let the Applicant proceed on appeal without the pre-payment of cost of fees or the necessity of giving security therefor.

This United States District Clerk's office is hereby ordered to close this case.

DONE at Brownsville, Texas, this 7th day of April, 2003.

Felix Recio
United States Magistrate Judge