UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 27 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO BEJARAN, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>JOHN CRUZ, ET AL §<br>Defendant. § | CIVIL ACTION NO. B-01-075 |

## AMENDED ORDER

Before the Court is Petitioner Bejaran's Motion to Proceed in Forma Pauperis on appeal (Doc. # 34) in the above styled cause of action. In order for Petitioner Bejaran to proceed on appeal, he must conform with the Prison Litigation Reform Act. Unlike the former concept of pauper status, an individual or prisoner granted pauper status before the district court is not automatically entitled to pauper status on appeal. See Jackson v. Stinnett, 102 F.3d 132, 134-36 (5th Cir. 1996) (noting that Prison Litigation Reform Act has superseded parts of Fed. R. App. P. 24(a)). The statute requires that a prisoner seeking pauper status on appeal file an affidavit of indigency and a certified copy of the prison trust account statement. 28 U.S.C. §§ 1915(a)(2), 1915(b)(1). Petitioner Bejaran has complied with the Prison Litigation Reform Act in as much as he has filed an affidavit of indigency and a certified copy of his prison trust account. Therefore, his Motion to Proceed in Forma Pauperis on appeal (Doc. # 34) is hereby GRANTED. However, in accordance with the Prison Litigation Reform Act, Bejaran must pay $4.35 as a filing fee in this case (which is twenty percent of his six-month average of deposits into his prisoner account). Additionally, Bejaran should make monthly payments of thirty-six cents while his appeal is pending (which is twenty percent of his preceding month's income).

1

This United States District Clerk's office is hereby ordered to close this case.

DONE at Brownsville, Texas, this 27th day of May, 2003.

*Felix Recio*

Felix Recio
United States Magistrate Judge