# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 02-41306
Summary Calendar

---

D.C. Docket No. B-01-CV-75

**U.S. COURT OF APPEALS**
**FILED**
OCT 2 2 2003
CHARLES R. FULBRUGE III
CLERK

ANTONIO BEJARAN, JR

    Plaintiff - Appellant

United States District Court
Southern District of Texas
FILED
DEC 1 1 2003
Michael N. Milby
Clerk of Court

v.

JOHN CRUZ; CO WORKER OF JOHN CRUZ; MRS OSHA, Cameron County Medical Department Nurse; CAMERON COUNTY TEXAS, FOR CAMERON COUNTY SHERIFF DEPARTMENT

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: DEC 0 9 2003

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   DEC 0 9 2003